The FIRESTONE TIRE & RUBBER COMPANY, Petitioner,

v.

The NATIONAL LABOR RELATIONS BOARD, Respondent.

78–1466.

United States Court of Appeals, Sixth Circuit.

Oct. 6, 1980.

J. Mack Swigert, Taft, Stettinius & Hollister, Cincinnati, Ohio, Martin Wald, Nicholas N. Price, Philadelphia, Pa., for petitioner.

Elliott Moore, Kenneth Hipp, Frederick Havard, Deputy Associate General Counsel N.L.R.B., Washington, D. C., for respondent.

Peter W. Hirsch, Director, Region 4, N.L.R.B., Philadelphia, Pa.

Before ENGEL and MERRITT, Circuit Judges and GUY, District Judge.*

ORDER

This matter is before the court on cross-petitions for review and enforcement respectively of a decision and order of the National Labor Relations Board issued September 29, 1978, and reported at 238 NLRB No. 168.

Upon consideration,

IT IS ORDERED that the order of the National Labor Relations Board is enforced.

ENGEL, Judge, dissents.

He would hold, as did the Administrative Law Judge, that petitioner's conduct did not violate the Act, *Hoover v. NLRB*, 191 F.2d 380 (6th Cir. 1951); *NLRB v. Local 1229 I.B.E.W.* (Jefferson Standard), 346 U.S. 464, 74 S.Ct. 172, 98 L.Ed. 195 (1953).

* Hon. Ralph B. Guy, Jr., Judge, United States District Court for the Eastern District of Michi-